No. 5655.—Pueblo, apldo., v. Torres, acusado y aplte.—C. D. Ponce. Diciembre 18, 1934.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

A la moción del Fiscal solicitando la desestimación del recurso por no haberse presentado en tiempo el alegato del acusado apelante, habiendo en consideración el hecho de haberse dirigido la notificación da haber quedado la transcripción radicada a la Penitenciaría de Río Piedras donde, según la propia transcripción, se encontraba recluído el acusado, cuando es lo cierto que donde está recluído es en la Cárcel del Distrito de Ponce, *no ha lugar*, concediéndose al dicho acusado apelante un nuevo término que vencerá el 7 de enero de 1935 para presentar su alegato.